**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 98-10798
Summary Calendar

HENRY BOWENS,

Plaintiff-Appellant,

versus

THE UNIVERSITY OF TEXAS SOUTHWESTERN
MEDICAL CENTER; CHARLES GINSBURG;
KERN WILDENTHAL,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-437-G)

January 29, 1999

Before: POLITZ, JOLLY, and DUHE', Circuit Judges.

PER CURIAM:[*]

Henry Bowens appeals an adverse summary judgment in his employment related civil action against the University of Texas Southwestern Medical Center, Charles Ginsburg, and Kern Wildenthal. On the facts as detailed, authorities cited, and analysis made by the district court in its careful and comprehensive Memorandum Order signed and filed on May 29, 1998, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CɪR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.